UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHEENA N. LOOMER-BATTON,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C05-5573-FDB<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings. On remand, the ALJ will evaluate all medical source opinions in accordance with 20 C.F.R § 416.927, SSRs, and Ninth Circuit case law. As necessary, the ALJ will further develop the record by recontacting Plaintiff's medical sources to determine the bases for their opinions. The ALJ will reevaluate Plaintiff's credibility, including consideration of lay evidence, pursuant to SSR 96-7p. The ALJ will revaluate the claimant's residual functional capacity, including consideration of Plaintiff's

Page 1     ORDER- [C05-5573-FDB]

obesity, pursuant to SSR 96-8p and SSR 02-1p. The ALJ will reevaluate Plaintiff's capacity to perform other work at step five of the sequential process, and, if necessary, obtain additional vocational expert testimony. The ALJ will take any other actions necessary to develop the record and issue a new decision. Plaintiff will be afforded the opportunity to submit additional evidence and argument.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 6th day of February 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

_____

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD A. MORRIS  WSB # 33780
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2156
FAX: (206) 615-2531
Rick.Morris@ssa.gov

Page 2     ORDER- [C05-5573-FDB]