1

2

3        IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF WASHINGTON
4                  AT TACOMA

5   SHEENA N. LOOMER-BATTON,            )
                                        )
6              Plaintiff,               )      NO.    C05-5573FDB
                                        )
7         vs.                           )      STIPULATED
                                        )       ORDER FOR  ATTORNEY'S FEES,
8   JO ANNE B. BARNHART,                )      COSTS AND EXPENSES UNDER EQUAL
    Commissioner of Social Security,    )      ACCESS TO JUSTICE ACT
                                        )
9              Defendant,               )
    _____ )
10

11        The parties, acting through their respective counsel, hereby stipulate to entry of judgment

12  against Defendant in favor of Joseph B. Lavin, attorney for Plaintiff, in the amount of $3,052.70 as

    reasonably incurred attorney's fees; costs of $250.00; and expenses of $55.44 as service of process

13  expenses,  pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.  Defendant shall pay this

    judgment to Joseph B. Lavin.

14        DATED this 16th day of February 2006.

15

16                                    _____

17                                    FRANKLIN D. BURGESS
                                      UNITED STATES DISTRICT JUDGE
18
                                          Presented by:
19
    Dated:  February 16, 2006          s/Joseph B. Lavin
20                                     JOSEPH B. LAVIN, W.S.B.A #11680
                                       Attorney for Plaintiff
21
    Dated:  February 16, 2006          s/Joseph B. Lavin for
22                                     RICHARD A. MORRIS, W.S.B.A. #33780
                                       Special Assistant United States Attorney
23                                     (Per Oral Authorization)

24